CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/12/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **ANTHONY SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 6:20-cv-00016 |
| | ) |
| **CENTRA HEALTH, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the Joint Motion filed by Plaintiff Anthony Smith and Defendants Wesley Gillespie, Centra Health Inc., and Christopher Paul Jones seeking to modify certain deadlines in the above-captioned lawsuit. Dkt. 26. Finding it proper to do so, the motion is **GRANTED in part.** Plaintiff has until June 30, 2020, either to show cause why the Second Amended Complaint should not be stricken from the docket for failure to seek leave to file, or to seek leave to properly file an amended complaint.

It is **SO ORDERED**.

Entered: June 12, 2020

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge