IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| ANTHONY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 6:20-cv-00016-NKM |
| | ) | |
| CENTRA HEALTH, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT REPORT OF RULE 26(f) CONFERENCE AND DISCOVERY PLAN

In accordance with Federal Rule of Civil Procedure 26(f), the parties submit this joint report of their conference and discovery plan:

1.    **Conference Participants.**    Plaintiff's counsel Paul Valois, Defendant Centra Health Inc.'s counsel Joshua Long and Walton Milam, and Defendants Wesley Gillespie's and Christopher Jones' counsel Eric Burns conferred on October 9, 2020.

2.    **Proposed Changes to the Pretrial Order.**    The parties will abide by the initial disclosure deadline set forth in the Court's pretrial scheduling order with the following modifications:

(a)    Plaintiff will serve Initial Disclosures thirty (30) days from the filing of this Rule 26(f) Plan;

(b)    Defendants will serve Initial Disclosures forty-five (45) days from the filing of this Rule 26(f) Plan;

(c)    Plaintiff will serve initial expert disclosures one hundred and twenty (120) days from the filing of this Rule 26(f) Plan; and

(d)     Defendants will serve initial expert disclosures forty five (45) days from Plaintiff's service of his initial expert disclosures.

3.      **Discovery Plan.**  Other than those deadlines modified in Paragraph 2 of this Rule 26(f) plan, the parties anticipate that they will be able to comply with the deadlines in Pretrial Order and with all discovery requirements and limitations set forth in the applicable Federal Rules of Civil Procedure.

4.      **Other Orders.**  The parties are currently negotiating a Protective Order that will be submitted to the Court for entry upon approval from all counsel.

5.      **Prospect of Mediation and/or Settlement.**  The parties do not believe settlement is a possibility at this stage in litigation but will revisit settlement as appropriate.

Dated: October 27, 2020                           Respectfully Submitted,


/s/ M. Paul Valois                                      /s/ J. Walton Milam III
M. Paul Valois (VSB No. 72326)            Elizabeth Guilbert Perrow, Esq. (VSB No. 42820)
JAMES RIVER LEGAL ASSOCIATES            Daniel T. Sarrell, Esq. (VSB No. 77707)
7601 Timberlake Road                         Joshua F. P. Long, Esq. (VSB No. 65684)
Lynchburg, Virginia                             Joshua R. Treece, Esq. (VSB No. 79149)
Phone: (434) 845-4529                         J. Walton Milam III, Esq. (VSB No. 89406)
Fax: (434) 845-8536                            WOODS ROGERS PLC
mvalois@vbclegal.com                         P. O. Box 14125
                                                        Roanoke, VA 24038-4125
                                                        Phone: (540) 983-7600
*Counsel for Plaintiff Anthony Smith*        Fax: (540) 983-7711
                                                        eperrow@woodsrogers.com
                                                        dsarrell@woodsrogers.com
                                                        jlong@woodsrogers.com
                                                        jtreece@woodsrogers.com
                                                        wmilam@woodsrogers.com

                                                        *Counsel for Defendant Centra Health, Inc.*

/s/ Eric P. Burns
Eric P. Burns (VSB No. 76554)
Wilson Elser Moskowitz Edelman & Dicker
LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Phone: 703.852.7835
Fax: 703.245.9301
eric.burns@wilsonelser.com

Counsel for Defendants Wesley Gillespie and
Christopher Paul Jones

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to all following counsel of record.

*/s/ J. Walton Milam III*

3