CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/2/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **ANTHONY SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | Case No. 6:20-cv-00016 |
| ) | |
| **CENTRA HEALTH, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

Before the Court is the Joint Motion of Plaintiff Anthony Smith and Defendants Centra Health, Inc., Wesley Gillespie, and Christopher Jones to continue the trial date in the above-referenced matter from June 7-11, 2021 to a date in or after January 2022 and to set a new Pretrial Scheduling Order. For the reasons stated in the Joint Motion and for other good cause shown, the Joint Motion is GRANTED. The trial date set for June 7-11, 2021 is CONTINUED and Counsel are DIRECTED to contact Judge Moon's scheduling clerk, Carmen Amos at (434) 847-5722 to set a new trial date.

It is SO ORDERED.

Entered: February 2, 2021

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge